Case 3:21-cr-00030-RLY-CSW   Document 56   Filed 09/05/24   Page 1 of 1 PageID #: 294

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America )
v. )
Chris Lynn Carder II )
) Case No: 3:21CR00030-001
) USM No: 44917-509
Date of Original Judgment: 08/31/2022 )
Date of Previous Amended Judgment: ) Jacob Leon
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  180 months  months **is reduced to**  168 months  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  08/31/2022  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  9/05/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable Richard L. Young, U.S. District Court Judge

A CERTIFIED TRUE COPY
Roger A.G. Sharpe, Clerk
U.S. District Court
Southern District of Indiana
By Tina M. Dale
Deputy Clerk